# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **ERNEST COOPER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CASE NO. 5:17-CV-148 (MTT) |
| **GREGORY DOZIER,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

## ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Charles H. Weigle allowed the Plaintiff's Eighth Amendment deliberate indifference to medical needs claims against Defendants GEO Group, Inc., Frederick Head, Tammy Bailey, Charles Coleman, Steve Young, and Audrey Harris to proceed. Doc. 11 at 1. The Magistrate Judge recommends that the Plaintiff's claims against Defendant Gregory Dozier be dismissed without prejudice. *Id.* The Plaintiff has not objected to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 8) is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's claims against Defendant Dozier are **DISMISSED without prejudice**.

**SO ORDERED,** this 26th day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT